**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Illinois Fixture & Wood Products, Inc. and Scott G.     **Case No.:  05-CV-02539**
Erickson,

          Plaintiffs,                                                  **ORDER**

vs.

West Bend Mutual Insurance Company, Hartford
Steam Boiler Inspection & Insurance Company, J.C.
Malee & Associates, and Jonathan Mattson,

          Defendants.

---

## ORDER

Pursuant to the agreement of all parties as expressed in attorney Richard Allyn's

November 14, 2005 letter to this Court, the time for defendant Hartford Steam Boiler Inspection

& Insurance Company to answer or otherwise respond to plaintiff's Complaint is extended until

December 9, 2005.

     **SO ORDERED.**

Dated: December 2, 2005                    s/ Michael J. Davis
                                          United States District Judge
                                          Michael J. Davis